UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MISSOURI ALLIANCE FOR ANIMAL LEGISLATION, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>  Defendants. | No. 1:19-cv-2087 (DLF) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Missouri Alliance for Animal Legislation and Stop Animal Exploitation Now, acting pursuant to a Settlement Agreement executed on January 19, 2021, hereby voluntarily dismiss the above-captioned action with prejudice.

Dated: January 24, 2021

Respectfully submitted,

s/ Vanessa Shakib
VANESSA SHAKIB*
RYAN GORDON*
ADVANCING LAW FOR ANIMALS
409 N. Pacific Coast Highway, Suite 267
Redondo Beach, CA 90277
(202) 996-8389
vshakib@advancinglawforanimals.org
rgordon@advancinglawforanimals.org

s/ Nigel Barella
NIGEL BARRELLA
D.C. Bar No. 1005592
BARRELLA LAW PLLC
1001 Pennsylvania Ave NW, Suite 1300N
Washington, DC 20004
(202) 768-7510
nigel@barrellalaw.com

Attorneys for Plaintiffs

* Admitted *pro hac vice*